UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HOME STATE COUNTY MUTUAL
INSURANCE COMPANY,

    Plaintiff,

v.

LOGICORP ENTERPRISES, LLC,
JESUS PRUNEDA,
GREG L. FORSYTH,
BILLIE JEAN RAY,
THE CENTRAL MUTUAL
INSURANCE COMPANY,
GREG MCFARLAND,
KATHY MCFARLAND,
GEORGIA FARM BUREAU
MUTUAL INSURANCE COMPANY,
SHEILA COLSON,
USAA CASUALTY INSURANCE
COMPANY,
KAREN L. BANKS, INDIVIDUALLY,
KAREN L. BANKS, AS NATURAL
GUARDIAN AND NEXT OF FRIEND
OF J. B. (A MINOR),
KAREN L. BANKS, AS NATURAL
GUARDIAN AND NEXT OF FRIEND
OF L. B. (A MINOR),
KAREN L. BANKS, AS NATURAL
GUARDIAN AND NEXT OF FRIEND
OF M. B. (A MINOR),
KAREN L. BANKS, AS NATURAL
GUARDIAN AND NEXT OF FRIEND
OF K. B. (A MINOR),

CIVIL ACTION
FILE NO.: _____

MILDA POOLE,
CLIFTON POOLE,
STEVEN HATHAWAY,
LIBERTY MUTUAL
FIRE INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE
COMPANY,
WENDELL G. BUTCHER,
TRANSCORP CARRIERS, INC.,
GREAT WEST CASUALTY
COMPANY,
PENSKE LEASING CORPORATION,
LP,
OLD REPUBLIC INSURANCE
COMPANY,

      Defendants.

## **COMPLAINT FOR INTERPLEADER AND DECLARATORY RELIEF**

COMES NOW Plaintiff Home State County Mutual Insurance Company ("Home State"), and for its claims for interpleader and declaratory relief, states as follows:

1.

This is a statutory interpleader claim brought under 28 U.S.C. § 1335, and invoking the Court's supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

2.

There are two or more adverse claimants, of diverse citizenship, claiming entitlement to the interplead fund.

3.

The amount in controversy in this interpleader exceeds the value of Five Hundred Dollars ($500).

4.

Venue is proper in this district and division pursuant to 28 U.S.C. § 1397 in that one or more of the claimants reside in this judicial district.

5.

This interpleader arises out of a motor vehicle accident that occurred on or about June 17, 2011 on Interstate 85 southbound near Buford Drive (Georgia State Route 20) in Gwinnett County, Georgia.

6.

The June 17, 2011 accident involved a tractor-trailer operated by Jesus Pruneda, while he was within the scope of his employment with Logicorp Enterprises, LLC, and five other vehicles.

7.

Home State is a Texas insurance company with its principal place of business in the State of Texas.

8.

On June 17, 2011, Home State had in effect a combined single limit One Million Dollars ($1,000,000) liability policy no. WH1 0695041 issued to and insuring Logicorp Enterprises, LLC ("the Policy").  A true and correct copy of the Policy is attached hereto as Exhibit "A" and incorporated by reference herein.

9.

Defendant Logicorp Enterprises, LLC ("Logicorp") is a Texas limited liability company and motor carrier with a principal place of business in the State of Texas.  Logicorp may be served with the Summons and the Complaint by and through its registered agent, Jorge A. Andrade, 1301 N. State Highway 336, Hidalgo, Hidalgo County, Texas 78557.

10.

Defendant Jesus Pruneda ("Pruneda") is a citizen and resident of the State of Texas and may be served with the Summons and Complaint at his residence located at 355 W. Gem Avenue, Raymondville, Willacy County, Texas 78580.

11.

Defendant Greg L. Forsyth ("Forsyth") is a citizen and resident of the State of Georgia and may be served with the Summons and the Complaint at his residence located at 24 Ryan Way, Hoschton, Jackson County, Georgia 30548.

12.

Forsyth was the driver of a 2001 Nissan Frontier involved in the June 17, 2011 accident. Forsyth has filed the civil action styled, Greg L. Forsyth v. Home State County Mutual Ins. Co., Logicorp Enterprises, LLC, C.H. Robinson Company and Jesus Pruneda, Civil Action File No. 1:12-CV-00209-CAP, U.S. District Court, Northern District of Georgia, seeking damages resulting from the June 17, 2011 accident.

13.

Defendant Billie Jean Ray ("Ray") is a citizen and resident of the State of Georgia and may be served with the Summons and the Complaint at his residence located at 1424 Rockbridge Road, Stone Mountain, DeKalb County, Georgia 30548.

14.

Ray is the owner of and a passenger in the 2001 Nissan Frontier driven by Forsyth and involved in the June 17, 2011 accident. Ray has filed the civil action styled, Billie Jean Ray  v. Home State County Mutual Ins. Co., Logicorp Enterprises, LLC, C.H. Robinson Company and Jesus Pruneda, Civil Action File No. 1:12-CV-00206-CAP, U.S. District Court, Northern District of Georgia, seeking damages resulting from the June 17, 2011 accident.

15.

Defendant The Central Mutual Insurance Company ("CMI") is an Ohio insurance company with its principal place of business in the State of Ohio. CBI may be served by and throught is registered agent, S K Moore, 11605 Haynes Bridge Road, Alpharetta, Fulton County, Georgia 30004.

16.

CBI may be a claimant to this interpleader by virtue of a subrogation claim acquired by payment of insurance benefits to Forsyth or Ray.

17.

Defendant Greg McFarland ("G. McFarland") is a citizen and resident of the State of Georgia and may be served with the Summons and the Complaint at his residence located at 2110 Woods River Lane, Duluth, Fulton County, Georgia 30097.

18.

G. McFarland was the driver of a 2005 Ford F-150 Frontier involved in the June 17, 2011 accident.  G. McFarland has filed the civil action styled, <u>Gregory McFarland and Kathy McFarland v. Home State County Mutual Ins. Co., Logicorp Enterprises, LLC, C.H. Robinson Company and Jesus Pruneda</u>, Civil Action File

No.1:12-CV-00208CAP, U.S. District Court, Northern District of Georgia, seeking damages resulting from the June 17, 2011 accident.

19.

Defendant Kathy McFarland ("K. McFarland") is a citizen and resident of the State of Georgia and may be served with the Summons and the Complaint at her residence located at 2110 Woods River Lane, Duluth, Fulton County, Georgia 30097.

20.

K. McFarland was a passenger in the 2005 Ford F-150 Frontier involved in the June 17, 2011 accident.  K. McFarland has filed the civil action styled, Gregory McFarland and Kathy McFarland v. Home State County Mutual Ins. Co., Logicorp Enterprises, LLC, C.H. Robinson Company and Jesus Pruneda, Civil Action File No.1:12-CV-00208CAP, U.S. District Court, Northern District of Georgia, seeking damages resulting from the June 17, 2011 accident.

21.

Defendant Georgia Farm Bureau Mutual Insurance Company ("GFB") is a Georgia insurance company with its principal place of business in the State of Georgia.  GFB may be served by and through its registered agent, William Michael Cook, 1620 Bass Road, Macon, Bibb County, Georgia 31210.

22.

GFB is a claimant to this interpleader by virtue of its $14,923.78 subrogation claim acquired by the payment of insurance benefits to G. McFarland and/or K. McFarland.

23.

Defendant Sheila Colson ("Colson") is a citizen and resident of the State of Georgia and may be served with the Summons and the Complaint at her residence located at 110 Westcliff Circle, Apartment B, Warner Robbins, Houston County, Georgia, 31093.

24.

Colson was the driver of a 2001 Mitsubishi Montero involved in the June 17, 2011 accident. Colson may have claims for personal injuries and property damage as a result of the accident.

25.

Defendant USAA Casualty Insurance Company ("USAA") is a Texas insurance company with its principal place of business in the State of Texas. USAA may be served by and through its registered agent, CT Corporation System, 1201 Peachtree Street, N.E., Atlanta, Fulton County, Georgia 30361.

26.

USAA is a claimant to this interpleader by virtue of its $4,261.56 subrogation claim acquired by the payment of insurance benefits to Colson.

27.

Defendant Karen L. Banks ("Banks") is a citizen and resident of the District of Columbia and may be served with the Summons and the Complaint at her residence located at 3407 High View Terrace, District of Columbia County, Washington D.C. 20220.

28.

Banks was the driver of a 2006 Toyota Sienna involved in the June 17, 2011 accident.  Banks may have claims for personal injuries and property damage as result of the accident.

29.

Defendant J.B. ("J.B.") is a minor and citizen and resident of the District of Columbia and may be served with the Summons and the Complaint personally and by and through Banks, his Natural Guardian and Next of Friend, at his residence located at 3407 High View Terrace, District of Columbia County, Washington D.C. 20220.

30.

J.B. was a passenger in the 2006 Toyota Sienna involved in the June 17, 2011 accident. J.B. may have a claim for personal injuries as result of the accident.

31.

Defendant L.B. ("L.B.") is a minor citizen and resident of the District of Columbia and may be served with the Summons and the Complaint personally and by and through Banks, her Natural Guardian and Next of Friend, at her residence located at 3407 High View Terrace, District of Columbia County, Washington D.C. 20220.

32.

L.B. was a passenger in the 2006 Toyota Sienna involved in the June 17, 2011 accident. L.B. may have a claim for personal injuries as result of the accident.

33.

Defendant M.B. ("M.B.") is a minor citizen and resident of the District of Columbia and may be served with the Summons and the Complaint personally and by and through Banks, his Natural Guardian and Next of Friend, at his residence located at 3407 High View Terrace, District of Columbia County, Washington D.C. 20220.

34.

M.B. was a passenger in the 2006 Toyota Sienna involved in the June 17, 2011 accident.   M.B. may have a claim for personal injuries as result of the accident.

35.

Defendant K.B. ("K.B.") is a minor citizen and resident of the District of Columbia and may be served with the Summons and the Complaint personally and by and through Banks, her Natural Guardian and Next of Friend, at her residence located at 3407 High View Terrace, District of Columbia County, Washington D.C. 20220.

36.

K.B. was a passenger in the 2006 Toyota Sienna involved in the June 17, 2011 accident.   K.B. may have a claim for personal injuries as result of the accident.

37.

Defendant Milda Poole ("M. Poole") is a citizen and resident of the State of Georgia and may be served with the Summons and the Complaint at her residence located at 3659 River Edge Court, DeKalb County, Decatur, Georgia 30034.

38.

M. Poole was a passenger in the 2006 Toyota Sienna involved in the June 17, 2011 accident. M. Poole may have a claim for personal injuries as result of the accident.

39.

Defendant Clifton Poole ("C. Poole") is a citizen and resident of the State of Georgia and may be served with the Summons and the Complaint at his residence located at 2400 Red Maple Lane, Reston, Fairfax County, Virginia 20191.

40.

C. Poole was a passenger in the 2006 Toyota Sienna involved in the June 17, 2011 accident. C. Poole may have a claim for personal injuries as result of the accident.

41.

Defendant Steven Hathaway ("Hathaway") is a citizen and resident of the State of North Carolina and may be served with the Summons and the Complaint at his residence located at 232 Arthur Drive, Apartment D, Thomasville, Davidson County, North Carolina 27360.

42.

Hathaway was a passenger in the 2006 Toyota Sienna involved in the June 17, 2011 accident. Hathaway may have a claim for personal injuries as result of the accident.

43.

Defendant Liberty Mutual Fire Insurance Company ("Liberty Mutual Fire") is a Massachusetts insurance company with its principal place of business in the State of Massachusetts. Liberty Mutual Fire may be served by and through its registered agent, Corporation Service Company, 40 Technology Parkway South, #300, Norcross, Gwinnett County, Georgia 30092.

44.

Liberty Mutual Fire may be a claimant to this interpleader by virtue of a subrogation claim acquired by the payment of insurance benefits to Banks.

45.

Defendant Liberty Mutual Insurance Company ("Liberty Mutual") is a Massachusetts insurance company with its principal place of business in the State of Massachusetts. Liberty Mutual Fire may be served by and through its registered agent, Corporation Service Company, 40 Technology Parkway South, #300, Norcross, Gwinnett County, Georgia 30092.

46.

Liberty Mutual may be a claimant to this interpleader by virtue of a subrogation claim acquired by the payment of insurance benefits to Banks.

47.

Defendant Wendell G. Butcher ("Butcher") is a citizen and resident of the State of North Carolina and may be served with the Summons and the Complaint at his residence located at 214 W. Ridge Drive, King, Stokes County, North Carolina 27021.

48.

Butcher was the driver of a 2006 Freightliner tractor towing a trailer involved in the June 17, 2011 accident.  Butcher may have a claim for personal injuries as result of the accident.

49.

Defendant Penske Leasing Corporation, LP ("Penske") is a Pennsylvania limited partnership with its principal place of business in the State of Pennsylvania. Penske may be served by and through its registered agent, Corporation Service Company, 40 Technology Parkway South, #300, Norcross, Gwinnett County, Georgia 30092.

50.

Penske owned the tractor driven by Butcher and involved in the June 17, 2011 accident.  Penske may have a claim for property damage as a result of the accident.

51.

Defendant Old Republic Insurance Co. ("Old Republic") is a Pennsylvania insurance company with its principal place of business in the State of Pennsylvania.  Old Republic may be served by and through its registered agent, Prentice Hall Corp. System, 4845 Jimmy Carter Boulevard, Norcross, Gwinnett County, Georgia 30093.

52.

Old Republic may be a claimant to this interpleader by virtue of a subrogation claim acquired by the payment of insurance benefits to Penske.

53.

Defendant Transcorp Carriers, Inc. ("Transcorp") is a North Carolina corporation and motor carrier with its principal place of business in the State of North Carolina.  Transcorp may be served by and through its registered agent, Fred B. Best, 2801 Immanuel Road, Greensboro, Guilford County, North Carolina 27407.

54.

Transcorp owned the trailer pulled by Butcher and involved in the June 17, 2011 accident. Transcorp may have a claim for property damage as a result of the accident.

55.

Defendant Great West Casualty Company ("Great West") is a Nebraska insurance company with its principal place of business in the State of Nebraska. Great West may be served by and through its registered agent, Alexander T. Galloway, III, Emerson Overlook, 326 Roswell Street, Marietta, Cobb County, Georgia 30060.

56.

Great West is a claimant to this interpleader by virtue of its $2,272.42 subrogation claim acquired by the payment of insurance benefits to Transcorp.

57.

The Policy is a combined single limit of One Million Dollars ($1,000,000). The Policy thus creates a fund of One Million Dollar ($1,000,000) for all claims arising out of the June 17, 2011 accident.

58.

The Policy provides Home State will pay on behalf of its insured, subject to the policy limits, all sums the insured must pay as damages because of bodily injury or property damage to which its insurance applies, caused by an accident and resulting from the ownership, maintenance or use of a covered auto; but that Home State is not obligated to pay any claim or judgment or defend any claim or suit after the applicable limits of liability have been exhausted by payment of judgments or settlements.

59.

All of the named defendants to this action, with the exception of Logicorp and Pruneda, have or may have claims against the Policy, which will subject Home State and its insureds to multiple, and possibly conflicting, claims and lawsuits.

60.

Home State believes that Pruneda and Logicorp acted reasonably at all times relevant to the June 17, 2011 accident and there is a dispute as to liability. However, the potential aggregate liability may exceed the Policy limits and the number and extent of the claims that have been, or may be, made by the defendants indicate the Policy limits will not suffice to settle all such claims.

61.

By reason of these conflicting claims, Home State is in great doubt as to which defendant, if any, is entitled to be paid any amount under the Policy.

62.

Unless the defendants are restrained or enjoined from prosecuting lawsuits against Home State, either directly or indirectly, and from any effort to collect from Home State any judgments rendered in any such lawsuits, Home State will be subjected to multiple claims, inconsistent judgments, and will be prejudiced.

63.

Home State will pay into the registry of the Court, upon an Order issued pursuant to Local Rule 67.1, the sum of One Million Dollars ($1,000,000), the maximum amount that could be due for the June 17, 2011 accident under the terms and conditions of the Policy.

WHEREFORE, Home State requests:

(a)    That Home State be ordered to deposit the sum of One Million Dollars ($1,000,000) into the registry of the Court;

(b)    That the defendants be ordered to interplead and settle among themselves their rights and claims as to the sum of the One Million Dollars ($1,000,000) to be deposited into the registry of the Court;

(c)    That the agents, attorneys, representatives, assigns, and all other persons on behalf of the defendants be permanently enjoined and restrained from instituting or prosecuting any proceeding arising from the June 17, 2011 accident;

(d)    That Home State may be fully and finally discharged from all further liability under the Policy to the defendants and from all further obligations to indemnify Logicorp and Pruneda for liability arising from the June 17, 2011 accident.

(e)    That Home State, Logicorp and Pruneda be released and fully and finally discharged from all liability arising from the June 17, 2011 accident.

s/R. CLAY PORTER
Georgia Bar No. 584825
s/M. ANGELA COOPER
Georgia Bar No. 186164
For the Firm
Attorneys for Plaintiff
DENNIS, CORRY, PORTER & SMITH, L.L.P.
3535 Piedmont Road, NE
14 Piedmont Center, Suite 900
Atlanta, Georgia 30305-4611
Telephone:    (404) 365-0102
Facsimile:    (404) 365-0134
Email:        cporter@dcplaw.com
Email:        acooper@dcplaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2012, I electronically filed **COMPLAINT FOR INTERPLEADER AND DECLARATORY RELIEF** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

s/M. ANGELA COOPER
Georgia Bar No. 186164
For the Firm
Attorney for Home State County
Mutual Insurance Company

DENNIS, CORRY, PORTER & SMITH, L.L.P.
3535 Piedmont Road, NE
14 Piedmont Center, Suite 900
Atlanta, Georgia 30305-4611
Telephone:   (404) 365-0102
Facsimile:   (404) 365-0134
Email:        acooper@dcplaw.com