UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HOME STATE COUNTY MUTUAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> LOGICORP ENTERPRISES, LLC, et al., <br><br> Defendants. | CIVIL ACTION NO. <br><br> 1:12-CV-1068-CAP |

**O R D E R**

This matter is before the court on defendants Logicorp Enterprises LLC (Logicorp) and Jesus Pruneda's motion to compel defendant C.H. Robinson Company (CH Robinson) to supplement its initial disclosures to include a copy of its insurance policy with Zurich American Insurance Company [Doc. No. 197]. The motion seeks the full insurance policy in order to allow Logicorp and Pruneda to determine whether the policy provides excess insurance coverage to them. CH Robinson filed a response on April 3[1] stating it has complied with the request. Accordingly, the motion to compel [Doc. No. 197] is DISMISSED AS MOOT.

Additionally, defendants Logicorp and Pruneda were the only parties to file a response in opposition to the motion to dismiss the pending claims

---

[1] Because the motion was filed March 14, 2013, CH Robinson's response was due April 1, 2013. *See* LR 7.1(B), NDGa.; Fed. R. Civ. P. 6.

against and drop CH Robinson as a defendant [Doc. No. 198]. Their response merely asked the court "defer" a ruling on the motion to dismiss until they had an opportunity to review the insurance policy at issue in this motion. Thus, defendants Logicorp and Pruneda are DIRECTED to file a supplemental response to the pending motion to dismiss CH Robinson as a defendant [Doc. No. 193] no later than April 12, 2013. The court will interpret a failure to file the supplemental response as non-opposition to the motion to dismiss.

     **SO ORDERED** this 4th day of April, 2013.

                                            <u>/s/Charles A. Pannell, Jr.</u>
                                            CHARLES A. PANNELL, JR.
                                            United States District Judge