UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HOME STATE COUNTY MUTUAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>LOGICORP ENTERPRISES, LLC, JESUS PRUNEDA, GREG L. FORSYTH, BILLIE JEAN RAY, THE CENTRAL MUTUAL INSURANCE COMPANY, GREG MCFARLAND, KATHY MCFARLAND, GEORGIA FARM BUREAU MUTUAL INSURANCE COMPANY, SHEILA COLSON, USAA CASUALTY INSURANCE COMPANY, KAREN L. BANKS, INDIVIDUALLY, KAREN L. BANKS, AS NATURAL GUARDIAN AND NEXT OF FRIEND OF J.B. (A MINOR), KAREN L. BANKS, AS NATURAL GUARDIAN AND NEXT OF FRIEND OF L.B. (A MINOR), KAREN L. BANKS, AS NATURAL GUARDIAN AND NEXT OF FRIEND OF M.B. (A MINOR), KAREN L. BANKS, AS NATURAL GUARDIAN AND NEXT OF FRIEND OF K.B. (A MINOR), MILDA POOLE, CLIFTON POOLE, STEVEN HATHAWAY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY | CIVIL ACTION<br>FILE NO.:  1:12-CV-01068-CAP |

-2-

WENDELL G. BUTCHER, and
CAROLINA BEER & BEVERAGES,
LLC

    Defendants.

# ORDER ON CONSENT MOTION TO DISMISS WITHOUT PREJUDICE DEFENDANTS KAREN L. BANKS, INDIVIDUALLY, KAREN L. BANKS, AS NATURAL GUARDIAN AND NEXT OF FRIEND OF J.B. (A MINOR), KAREN L. BANKS, AS NATURAL GUARDIAN AND NEXT OF FRIEND OF L.B. (A MINOR), KAREN L. BANKS, AS NATURAL GUARDIAN AND NEXT OF FRIEND OF M.B. (A MINOR), KAREN L. BANKS, AS NATURAL GUARDIAN AND NEXT OF FRIEND OF K.B. (A MINOR), MILDA POOLE A/K/A HILDA POOLE, AND CLIFTON POOLE

WHEREFORE, a consent motion having been filed by Plaintiff Home State County Mutual Insurance Company and Defendants Karen L. Banks, Individually, Karen L. Banks, As Natural Guardian and Next of Friend of J.B. (A Minor), Karen L. Banks, As Natural Guardian and Next of Friend of L.B. (A Minor), Karen L. Banks, As Natural Guardian and Next of Friend of M.B. (A Minor), Karen L. Banks, As Natural Guardian and Next of Friend of K.B. (A Minor), Milda Poole a/k/a Hilda Poole, and Clifton Poole, wherein these Defendants stipulate that they will be governed by the rulings, orders and judgment rendered by this Court in this action, making them not necessary parties,

IT IS HEREBY ORDERED AND ADJUGED that Defendants Karen L. Banks, Individually, Karen L. Banks, As Natural Guardian and Next of Friend of J.B. (A Minor), Karen L. Banks, As Natural Guardian and Next of Friend of L.B. (A Minor), Karen L. Banks, As Natural Guardian and Next of Friend of M.B. (A Minor), Karen L. Banks, As Natural Guardian and Next of Friend of K.B. (A Minor), Milda Poole a/k/a Hilda Poole, and Clifton Poole are dismissed without prejudice.

This 25th day of ___April___, 2013.

/s/Charles A. Pannell, Jr.
HONORABLE CHARLES A. PANNELL, JR.
Judge, United States District Court

Respectfully submitted:

*s/R. CLAY PORTER*
Georgia Bar No.  584825
*s/M. ANGELA COOPER*
Georgia Bar No. 186164
*s/JAN SEANOR SIGMAN*
Georgia Bar No. 076229
For the Firm
DENNIS, CORRY, PORTER & SMITH, L.L.P.
3535 Piedmont Road, NE
14 Piedmont Center, Suite 900
Atlanta, Georgia 30305-4611
Telephone:  (404) 365-0102
Facsimile:  (404) 365-0134
Email:  cporter@dcplaw.com
Email:  acooper@dcplaw.com
Email: jsigman@dcplaw.com
*Attorneys for Plaintiff*

-4-

*s/PETER JONATHAN ROSS*
Georgia Bar No.
ROSS & PINES, LLC
5555 Glenridge Connector, NE, Suite 435
Atlanta, GA 30342
Telephone: (404) 812-4300
Facsimile: (404) 812-4303
Email: peter@rossandpines.com
*Attorney for Defendants Karen L. Banks, Individually, Karen L. Banks, As Natural Guardian and Next of Friend of J.B. (A Minor), Karen L. Banks, As Natural Guardian and Next of Friend of L.B. (A Minor), Karen L. Banks, As Natural Guardian and Next of Friend of M.B. (A Minor), Karen L. Banks, As Natural Guardian and Next of Friend of K.B. (A Minor), Milda Poole a/k/a Hilda Poole, and Clifton Poole*