IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| HOME STATE COUNTY INSURANCE COMPANY, | * * * | |
| Plaintiff, | * * | |
| v. | * * | CIVIL ACTION NO. 1:12-cv-01068-CAP |
| LOGICORP ENTERPRISES, LLC, ET AL., | * * * | |
| Defendants. | * | |

**PROPOSED CONSENT ORDER FOR DISBURSEMENT**

This Honorable Court hereby enters the following consent order presented by the remaining claimants/co-Defendants Billie Jean Ray, Greg Forsyth, Sheila Colson, Central Mutual Insurance Company and USAA Casualty Insurance in the above-captioned civil action.  Co- Defendants Logicorp and Carolina Beverage are not paying nor being paid from this distribution, and will remain in this case as well as the Declaratory Judgment action with defendants Ray, Forsyth and the other co-defendants/insurance companies.

Whereas the Court finds that all parties remaining in this interpleader action who have claims for bodily injuries, property damage or subrogation claims from this subject tractor-trailer wreck have reached a proposed resolution, the following

distribution of the Home State County Mutual Insurance proceeds have been agreed upon:

$995,000.00 for bodily injury claims of Billie Jean Ray and Greg Forsyth;

$4,000.00 for bodily injury claims of Sheila Colson (in addition to the tender of her UM limits through USAA Casualty Insurance);

$1,000.00 to USAA Casualty Insurance in satisfaction of its property damage subrogation and UM subrogation;

Central Mutual Insurance Company waives its UM subrogation for insured Billie Jean Ray.  In exchange for Central Mutual Insurance Company's payment of uninsured/underinsured motorist benefits to Billie Jean Ray and Greg Forsyth and its waiver of subrogation, all claims and cross-claims against Central Mutual Insurance Company will be dismissed with prejudice; and

Logicorp Enterprises, LLC and Carolina Beer & Beverage, LLC remain in case with Billie Jean Ray and Greg Forsyth, along with the pending declaratory judgment action (Civil Action No. 1:14-cv-00863-CAP).

Thus, upon exhaustion of the above proceeds from this Honorable Court's registry, the Court finds that the parties with bodily injury claims agree to not pursue any additional recovery from Home State County Mutual Insurance Company's Policy #WH1 0695041, and USAA, Central Mutual Insurance and Sheila Colson may be dismissed.

SO ORDERED this _____ day of _____, 2014.

[*Signature on the following page*]

By: _____
The Honorable Charles A. Pannell, Jr.
District Court Judge, USDC
Northern District of Georgia
Atlanta Division

*Consented to by:*

/s/ Brian D. Rogers_____
Brian D. Rogers, Ga. Bar No. 612105
Attorneys for Billie Jean Ray and
Greg Forsyth

**FRIED ROGERS GOLDBERG, LLC**
Two Alliance Center, Ste. 1250
3560 Lenox Rd., NE
Atlanta, GA  30326
(404) 591-1800

/s/ John G. Walrath_____
John G. Walrath, Ga. Bar No. 735045
Attorneys for Sheila Colson

**THE LAW OFFICES OF JOHN G. WALRATH**
4568 Hwy. 29, NW, Ste. 122
Lilburn, GA  30347
(770) 717-1900

/s/ Stephanie F. Glickhauf_____
Stephanie F. Glickhauf, Ga. Bar No. 257540
Attorneys for Central Mutual Insurance Co.

**GOODMAN, McGUFFEY, LINDSEY & JOHNSON, LLP**
3340 Peachtree Rd., NE, Ste. 2100
Atlanta, GA  30326
(404) 264-1500

                                /s/ Candace M. Boutwell_____
                                Candace M. Boutwell, Ga. Bar No. 254154
                                Attorneys for USAA Casualty Insurance Co.

**BOUTWELL & ASSOCIATES, LLC**
2280 Satellite Blvd., Bldg. B
Duluth, GA  30097
(678) 985-0800

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed this PROPOSED CONSENT ORDER FOR DISBURSEMENT with Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

M. ANGELA COOPER, ESQUIRE
DENNIS CORRY PORTER & SMITH, LLP
3535 PIEDMONT ROAD, N.E.
14 PIEDMONT CENTER, SUITE 900
ATLANTA, GA  30305

BRIAN J. DUVA, ESQUIRE
MOZLEY, FINLAYSON & LOGGINS, LLP
5605 GLENRIDGE DRIVE
ONE PREMIER PLAZA, SUITE 900
ATLANTA, GA 30342

STEPHANIE F. GLICKAUF, ESQUIRE
GOODMAN MCGUFFEY LINDSEY & JOHNSON
3340 PEACHTREE ROAD, N.E.
SUITE 2100
ATLANTA, GA 30326

JOHN G. WALRATH, ESQUIRE
THE LAW OFFICES OF JOHN WALRATH
4568 HIGHWAY 29, N.W.
SUITE 122
LILBURN, GA 30047

JAMES J. BRISSETTE, ESQUIRE
MCGEE & OXFORD, LLP
5855 SANDY SPRINGS CIRCLE
SUITE 300
SANDY SPRINGS, GA  30328

MARTY K. SENN, ESQUIR
JAMES BATES BRANNAN
GROOVER, LLP
P.O. BOX 4283
MACON, GA 31208

WILLIAM ALLRED, ESQUIRE
BARRICKMAN, ALLRED, YOUNG
5575 GLENRIDGE DR., NE
SUITE E-100
ATLANTA, GA 30328

CANDACE M. BOUTWELL, ESQ.
BOUTWELL & ASSOCIATES LLC
2280 SATELLITE BOULEVARD
BUILDING B
DULUTH, GA 30097

Dated on August 25, 2014.

          **FRIED ROGERS GOLDBERG LLC**

          */s/ Brian D. Rogers*
          BRIAN D. ROGERS
          GEORGIA STATE BAR NUMBER 612105

TWO ALLIANCE CENTER
3560 LENOX ROAD, N.E.
SUITE 1250
ATLANTA, GEORGIA 30326
(404) 591-1800

THIS IS TO CERTIFY THAT, PURSUANT TO LR 5.1B, NDGA., THE ABOVE DOCUMENT WAS PREPARED IN TIMES NEW ROMAN, 14 PT.