UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HOME STATE COUNTY<br>INSURANCE COMPANY,<br>　　　　Plaintiff,<br><br>　　v.<br><br>LOGICORP ENTERPRISES, LLC,<br>ET AL.,<br><br>　　　　Defendants. | CIVIL ACTION NO.<br><br>1:12-CV-1068-CAP |

## **O R D E R**

On August 26, 2014, this court entered a proposed order for disbursement of interpled funds that was consented to by three of the parties in this litigation.  However, because all the parties in the case did not consent, the court should have allowed a response period prior to signing the order.  Moreover, the court, in a September 27, 2012 order [Doc. No. 143], explicitly refused to distribute the interpled funds until a determination of liability and damages had been made by a factfinder.  Thus, the entry of consent order was in direct contravention to a prior order in this case. Accordingly, the August 26, 2014 order for disbursement [Doc. No. 313] is VACATED.

The court will conduct a hearing on September 10, 2014 at 10:30 a.m. in Courtroom 2307.  The court would like to hear from all the parties as to the proposed consent order.  Additionally, the court has been informed that the claims against Carolina Beer and Beverage, LLC have been resolved.  Given the number of claims that have been resolved and the agreement about the apportionment of the interpled funds, the court would also like to hear from the litigants about realigning the remaining parties.

SO ORDERED, this <u>5th</u> day of September, 2014.

<u>/s/ Charles A. Pannell, Jr.</u><br>
CHARLES A. PANNELL, JR.<br>
United States District Judge