# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:12-cv-01068-CAP
### Home State County Mutual Insurance Company v. Logicorp Enterprises, LLC et al
### Honorable Charles A. Pannell, Jr.

Minute Sheet for proceedings held In Open Court on 09/10/2014.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 2:30 P.M.    COURT REPORTER: Debra Bull
TIME IN COURT: 00:30               DEPUTY CLERK: Don Stanhope
OFFICE LOCATION: Atlanta

**ATTORNEY(S) PRESENT:** William Allred representing Carolina Beer & Beverage, LLC
Candace Boutwell representing USAA Casualty Insurance Company
R. Bryant representing The Central Mutual Insurance Company
M. Cooper representing Home State County Mutual Insurance Company
Brian Duva representing Logicorp Enterprises, LLC
Brian Duva representing Jesus Pruneda
Brian Rogers representing Billie Jean Ray
Brian Rogers representing Greg L. Forsyth

**PROCEEDING CATEGORY:** Settlement Conference;

**MINUTE TEXT:** The court inquired from the parties where the case is at and whether settlement is forthcoming. The parties updated the court, the court orally dismissed [253] and [254]. The parties requested that the monies in the registry be paid out. The parties will submit proposed order of dismissal and disbursement of funds. Written order to follow from the court realigning the parties.