UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HOME STATE COUNTY MUTUAL
INSURANCE COMPANY,

    Plaintiff,

v.

LOGICORP ENTERPRISES, LLC, JESUS
PRUNEDA, GREG L. FORSYTH, PAMELA
HENDRIX, AS EXECUTOR OF THE
ESTATE OF BILLIE JEAN RAY, ~~THE
CENTRAL MUTUAL INSURANCE
COMPANY~~, ~~SHEILA COLSON~~, USAA
CASUALTY INSURANCE COMPANY, and
CAROLINA BEER & BEVERAGES, LLC,

    Defendants.

CIVIL ACTION
FILE NO.:  1:12-CV-01068-CAP

### CONSENT ORDER FOR DISBURSEMENT OF INTERPLEADER FUNDS AND DISMISSAL OF PARTIES

This is an action for interpleader and declaratory relief arising out of a June 17, 2011 motor vehicle collision in Gwinnett County, Georgia. The collision involved a tractor-trailer operated by Jesus Pruneda, while he was within the scope of his employment with Logicorp Enterprises, LLC, and five other vehicles.

On June 17, 2011, Home State had in effect a combined single limit One Million Dollar ($1,000,000) liability policy number WH1 0695041 with effective dates of August 29, 2010 to August 29, 2011, issued to and insuring Logicorp.

On March 28, 2012, Home State filed a Complaint for Interpleader and Declaratory Relief seeking an order from this Court for Home State to deposit its combined single limit One Million Dollars ($1,000,000) into the Court's registry for the Defendants to settle among themselves their rights and claims as to the Interpleader Funds. (Doc. 1). Pursuant to the Court's Order entered on May 10, 2012, Home State paid into the Court's registry the sum of $1,000,000. (Doc. 35).

Interpleader Defendants Greg L. Forsyth, Pamela Hendrix, As Executor Of The Estate Of Billie Jean Ray, Sheila Colson, USAA Casualty Insurance Company, and The Central Mutual Insurance Company claim an interest in the Interpleader Funds.

The parties to this action for interpleader and declaratory relief have reached an agreement with respect to the distribution of the Interpleader Funds. The principal amount of the Interpleader Funds ($1,000,000.00) shall be disbursed in accordance with the following amounts:

1. To GREG L. FORSYTH and PAMELA HENDRIX, AS EXECUTOR OF THE ESTATE OF BILLIE JEAN RAY, **Nine Hundred Ninety Five Thousand Dollars and No/100 Dollars ($995,000.00)**, which sum shall be payable to **GREG FORSYTH, PAMELA HENDRIX, AS EXECUTOR OF THE ESTATE OF BILLIE JEAN RAY, AND THEIR ATTORNEY, FRIED, ROGERS, AND GOLDBERG, LLC**; and

2. To SHEILA COLSON, **Four Thousand and No/100 Dollars ($4,000.00)**, which sum shall be payable to **SHEILA COLSON AND HER ATTORNEY, THE LAW OFFICES OF JOHN G. WALRATH**; and

3. To USAA CASUALTY INSURANCE COMPANY, **One Thousand and No/100 Dollars ($1,000.00)**, which sum shall be payable to **USAA CASUALTY INSURANCE COMPANY AND ITS ATTORNEY, BOUTWELL & ASSOCIATES, LLC.**

4. The remaining funds, which represent accrued interest, shall be divided and disbursed on a pro-rata basis as follows: (1) to GREG L. FORSYTH and PAMELA HENDRIX, AS EXECUTOR OF THE ESTATE OF BILLIE JEAN RAY, **99.5 per cent**, which sum shall be payable to **GREG FORSYTH, PAMELA HENDRIX, AS EXECUTOR OF THE ESTATE OF BILLIE JEAN RAY, AND THEIR ATTORNEY, FRIED, ROGERS, AND GOLDBERG, LLC**; (2) to SHEILA COLSON, **0.4 per cent**, which sum shall be payable to **SHEILA COLSON AND HER ATTORNEY, THE LAW OFFICES OF JOHN G. WALRATH**; and (3) to USAA CASUALTY INSURANCE COMPANY, **0.1 per cent**, which sum shall be payable to **USAA CASUALTY INSURANCE COMPANY AND ITS ATTORNEY, BOUTWELL & ASSOCIATES, LLC.**

The Clerk is **DIRECTED** to disburse the Interpleader Funds, along with any accrued interest, to the parties in accordance with this Order.

As the parties have resolved their claims and cross-claims as to Sheila Colson, USAA Casualty Insurance Company, The Central Mutual Insurance Company, Sheila Colson, USAA Casualty Insurance Company, The Central Mutual Insurance Company are **DISMISSED WITH PREJUDICE** and all cross-claims by and against Sheila Colson, USAA Casualty Insurance Company, and The Central Mutual Insurance Company are **DISMISSED WITH PREJUDICE**.

Home State County Mutual Insurance Company named Carolina Beverage Group, LLC and its predecessor in interest Carolina Beer & Beverage Company, LLC ("Carolina") as a defendant to its action for interpleader and declaratory relief. Interpleader Defendant Carolina does not claim an interest in the Interpleader Funds. Carolina is **DISMISSED WITH PREJUDICE** as an interpleader defendant. Dismissal of Carolina as a tort defendant is as per a separate Order of this Court.

As the parties have resolved their claims as to Home State County Mutual Insurance Company, it is hereby **DISMISSED WITH PREJUDICE** as the Interpleader Plaintiff and it is hereby **DISMISSED WITH PREJUDICE** as a direct action Defendant. Home State County Mutual Insurance Company is fully and finally discharged from all further liability under Policy number WH1 0695041 and from all further obligations to indemnify Logicorp Enterprises, LLC and Jesus Pruneda for liability arising from

the June 17, 2011 collision. Home State County Mutual Insurance Company retains the duty to defend obligation under Policy number WH10695041 as to Logicorp Enterprises, LLC and Jesus Pruneda as to the lawsuits and claims filed against them by Greg L. Forsyth and Pamela Hendrix, As Executor Of The Estate Of Billie Jean Ray.

This __4__ day of __Nov__, 2014.

_____
CHARLES A. PANNELL, JR.
United States District Judge

## TO THE COURT

It is hereby certified that rule 67 has been complied with and that there is on deposit in the Registry of this Court, PRINCIPAL AMOUNT OF $1,000,000. plus interest of $303.29 as of OCTOBER 31ST, 2014

_____
Deputy Clerk
Financial Intake Section